UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-23257-DPG

BARBARA A. GARCIA, and all others **similarly situated**,

    Plaintiff,

v.

**LAUNDRY FLAGLER LLC a/k/a Sophia Laundry Centers, TANGUY LETALAER, and PHILLIPPE ERB, individually**,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Approval of the Parties' Settlement and for Dismissal with Prejudice, [ECF No. 18]. Being fully advised, it is **ORDERED AND ADJUDGED** that The Motion is **GRANTED**. The Settlement Agreement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees, costs, and disbursements except as otherwise agreed by the parties. The Court shall retain jurisdiction for thirty (30) days to enforce the terms of the settlement agreement. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of December, 2022.

                                            _____
                                            DARRIN P. GAYLES
                                            UNITED STATES DISTRICT JUDGE